Alison L. Lynch (SBN 240346)
Sarah Raoof (SBN 329260)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email:   alison.lynch@jacksonlewis.com
         sarah.raoof@jacksonlewis.com

Attorneys for Defendant WESTERN GOVERNORS UNIVERSITY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN GOVERNORS UNIVERSITY, a Nonprofit Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: **'23CV1842 RBM MSB**<br><br>**DECLARATION OF SARAH HOOK IN SUPPORT OF DEFENDANT WESTERN GOVERNORS UNIVERSITY'S NOTICE OF REMOVAL**<br><br>Action Filed:   August 31, 2023<br>Date Removed:   October 6, 2023 |

I, Sarah Hook, declare and state as follows:

1. I am employed by WESTERN GOVERNORS UNIVERSITY ("WGU") as the Director of the Office of General Counsel. I have been employed at WGU since May 2020 and have held this position since April 2022. I am familiar with WGU's business operations. In my capacity of Director of the Office of General Counsel, I have access to information and data regarding WGU's operations in Utah and California.

/ / /

/ / /

| | | |
|---|---|---|
| CASE NO. | 1 | DECLARATION OF SARAH HOOK IN SUPPORT OF REMOVAL |

2. The matters set forth in this declaration are based on my own personal knowledge and, if called upon as a witness, I could and would testify competently thereto. To the extent this declaration is based upon business records, those records are kept in the regular course of business, entries are made in those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of WGU to maintain such records.

3. Defendant WGU is a non-profit corporation organized under the laws of the State of Utah. Since Plaintiff's employment, including the date of the Complaint, WGU has maintained the same non-profit corporate status. As of date of this Notice of Removal, WGU's status remains the same. A true and correct copy of WGU's Statement of Information Corporation is attached as **Exhibit E** to the Declaration of Alison L. Lynch ("Lynch Decl.") filed concurrently with this Notice of Removal.

4. At the time of the filing of the Complaint, WGU's headquarters and principal place of business was in Salt Lake City, Utah. As of the date of this Notice of Removal, WGU's headquarters and principal place of business remain in Salt Lake City, Utah. From the executive and administrative offices at this location, WGU's officers direct, control, and coordinate its nationwide services and overall business operations. WGU's corporate officers perform their primary fundamental operations out of Utah, not California. **[Exhibit E]**

5. I have access to personnel and payroll records for WGU's employees. I have reviewed these records for Plaintiff Lindsey Mack. At the time of her alleged termination on September 26, 2022, Plaintiff Lindsey Mack was earning an annual base salary of $51,480.

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on October 5th, 2023, at Salt Lake City, Utah.

_____
SARAH HOOK

4885-8744-3073, v. 2

CASE NO.     3     DECLARATION OF SARAH HOOK IN SUPPORT OF REMOVAL