Alison L. Lynch (SBN 240346)
Sarah Raoof (SBN 329260)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: alison.lynch@jacksonlewis.com
sarah.raoof@jacksonlewis.com

Attorneys for Defendant WESTERN GOVERNORS UNIVERSITY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WESTERN GOVERNORS UNIVERSITY, a Nonprofit Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO.: **'23 CV 1842 RBM MSB**<br><br>**DECLARATION OF ALISON L. LYNCH IN SUPPORT OF DEFENDANT WESTERN GOVERNORS UNIVERSITY'S NOTICE OF REMOVAL**<br><br>Action Filed:　August 31, 2023<br>Date Removed:　October 6, 2023 |

I, Alison L. Lynch, declare and state as follows:

1. I am an attorney duly authorized to practice law before this Court and within the state of California. I am an attorney with the law firm Jackson Lewis P.C., counsel of record for Defendant WESTERN GOVERNORS UNIVERSITY ("WGU.") in the above-entitled action. I make this declaration in support of WGU's Notice of Removal.

2. The matters set forth in this declaration are based on my own personal knowledge and, if called upon as a witness, I could and would testify competently thereto.

3. On August 31, 2023, Plaintiff Lindsey Mack filed a Complaint naming WGU in the Superior Court of California for the County of San Diego, bearing Case Number: 37-2023-00037783-CU-OE-CTL, and alleging the following claims: (1) Sex Discrimination; (2) Retaliation; (3) Whistleblower Retaliation; (4) Failure to Prevent Discrimination, Harassment, and Retaliation; (5) Wrongful Termination in Violation of Public Policy; (6) Failure to Indemnify Necessary Expenditures; and (7) Waiting Time Penalties. A true and correct copy of this Complaint and accompanying Summons is attached hereto as **Exhibit A.**

4. Defendant WGU was served via personal service with a copy of Plaintiff's Summons, Complaint and other court related documents on September 8, 2023. A true and correct copy is also attached hereto as **Exhibit B.**

5. On October 5, 2023, Defendant WGU filed its Answer in San Diego Superior Court. A true and correct copy of the filed Answer is attached hereto as **Exhibit C.**

6. As of the date of this Notice of Removal, the pleadings and papers in Exhibit A through C constitute all court filings with which Defendant WGU has been served.

7. Plaintiff is represented by attorney Kamran Shahabi from the firm Valiant Law. Kamran Shahabi was admitted to practice in California on June 1, 2011. On September 26, 2023, my office accessed the California State Bar website at: https://apps.calbar.ca.gov/attorney/Licensee/Detail/276194 to access Mr. Shahabi's admission information. Filed herewith as **Exhibit D** is a true and correct copy of a printout from the California State Bar website for Mr. Shahabi's information.

8. I am informed and aware that Defendant WGU is a non-profit corporation organized under the laws of the State of Utah. I went onto the California Secretary of State website and searched for "Western Governors University" in order to confirm this

fact. Attached hereto as **Exhibit E** is a true and correct copy of WGU's Statement of Information.

9. I have represented employers in employment litigation for over 18 years in California and am familiar with fees awarded to plaintiffs' counsel in similar actions filed in California and federal court. Based on my experience and Plaintiff's allegations, it would be reasonable to expect that attorneys' fees alone in this case will exceed the sum of $75,000 through trial.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on October 6, 2023, at Irvine, California.

*/s/ Alison L. Lynch*
Alison L. Lynch

4865-4586-5601, v. 2