The State Bar *of California*

**Kamran M Shahabi #276194**
**License Status: Active**

Address: Valiant Law, 800 Ferrari, Ste 100, Ontario, CA 91764-5031
Phone: Not Available | Fax: Not Available
Email: ks@valiantlaw.com | Website: Not Available

**More about This Attorney** ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|------|------------------|--------------|-------------------------|
| Present | Active | | |
| 6/1/2011 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2023 The State Bar of California

