

# State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

## Summary of Online Changes



Business Name: WESTERN GOVERNORS UNIVERSITY

Entity number: 9455582-0140

Date of Filing: 09/29/2023

**PREVIOUS Registered Principals:**

Name ...... CURT DEFRIEZ
Position .. Treasurer
Address .. 4001 SOUTH 700 EAST, SUITE 700
SALT LAKE CITY, UT 84107

**UPDATED Registered Principals:**

Name ...... Nadeem Syed
Position .. Director
Address .. 4001 South 700 East, Suite 700
Salt Lake City, UT 84107 United States

**PREVIOUS Registered Principals:**

Name ...... CURT DEFRIEZ
Position .. Director
Address .. 4001 SOUTH 700 EAST, SUITE 700
SALT LAKE CITY, UT 84107

**UPDATED Registered Principals:**

Joanna Berrett 09/29/2023

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.