Alison L. Lynch (SBN 240346)
Sarah Raoof (SBN 329260)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone:  (949) 885-1360
Facsimile:  (949) 885-1380
Email:      alison.lynch@jacksonlewis.com
            sarah.raoof@jacksonlewis.com

Attorneys for Defendant WESTERN GOVERNORS UNIVERSITY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>WESTERN GOVERNORS UNIVERSITY, a Nonprofit Corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO.:  **'23 CV 1842 RBM MSB**<br><br>**DEFENDANT WESTERN GOVERNORS UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT**<br><br>[San Diego Superior Court Case No. 37-2023-00037783-CU-OE-CTL]<br><br>Action Filed:    August 31, 2023<br>Date Removed:   October 6, 2023 |

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant WESTERN GOVERNORS UNIVERSITY ("WGU") hereby makes its disclosures pursuant to Federal Rules of Civil Procedure 7.1(a).

Defendant is a Utah non-profit corporation. The principal place of business for all of Defendant's corporate operations is in Salt Lake City, Utah.  It does not have any parent corporation and there are no other entities that maintain any ownership over it.


Dated:  October 6, 2023          JACKSON LEWIS P.C.


                                   By: /s/ Alison L. Lynch
                                       Alison L. Lynch
                                       Sarah Raoof

                                   Attorneys for Defendant WESTERN
                                   GOVERNORS UNIVERSITY

4853-5055-3985, v. 1