Alison L. Lynch (SBN 240346)
Sarah Raoof (SBN 329260)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email:   alison.lynch@jacksonlewis.com
         sarah.raoof@jacksonlewis.com

Attorneys for Defendant WESTERN GOVERNORS UNIVERSITY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN GOVERNORS UNIVERSITY, a Nonprofit Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: **'23CV1842 RBM MSB**<br><br>**DEFENDANT WESTERN GOVERNORS UNIVERSITY'S NOTICE OF PARTIES WITH FINANCIAL INTEREST [LOCAL CIVIL RULE 40.2]**<br><br>Action Filed:   August 31, 2023<br>Date Removed:  October 6, 2023 |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Civil Rule 40.2, the undersigned counsel of record for Defendant WESTERN GOVERNORS UNIVERSITY ("WGU") certifies that the following listed persons, associates or person, firms, partnerships, corporation (including parent corporations) or other entities may have a pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff LINDSEY MACK

2. Defendant WESTERN GOVERNORS UNIVERSITY

Defendant is presently unaware of any other individuals who would have a direct, pecuniary interest in the outcome of this case.

Dated:  October 6, 2023          JACKSON LEWIS P.C.

By: */s/ Alison L. Lynch*
Alison L. Lynch
Sarah Raoof

Attorneys for Defendant WESTERN GOVERNORS UNIVERSITY

4867-0511-8081, v. 1