UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK,<br><br>                                    Plaintiff,<br><br>v.<br><br>WESTERN GOVERNORS' UNIVERSITY, et al.,<br><br>                                    Defendants. | Case No.:  23cv1842-RBM (MSB)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

Based on the availability of the parties, the Court SETS a Settlement Conference ("SC") with the parties on **April 4, 2024**, at **1:30 p.m.** in the chambers of the Honorable Michael S. Berg, United States Magistrate Judge, **located at 221 West Broadway, second floor, San Diego, California, 92101.**  Upon arrival, the parties should check with Judge Berg's chambers using the callbox located by the second-floor elevators.  The following rules and deadlines apply:

1.     **Personal Appearance of Parties Required**:  All named parties, party representatives, claims adjusters for insured defendants, and the principal attorney(s) responsible for the litigation must be present **in person** at the SC, prepared to discuss and resolve the case.  Counsel appearing without their clients (whether counsel has

1  been given settlement authority) will be cause for immediate imposition of sanctions

2  and may also result in the immediate termination of the conference.

3       **2.**     **Full Settlement Authority Required**:  A party or party representative with

4  full settlement authority must be present at the SC.  Retained outside corporate counsel

5  must not appear on behalf of a corporation as the party representative who has the

6  authority to negotiate and enter a settlement.  A government entity may be excused

7  from this requirement so long as the government attorney who attends the SC has (1)

8  primary responsibility for handling the case, and (2) authority to negotiate and

9  recommend settlement offers to the government official(s) having ultimate settlement

10  authority.

11       **3.**     **Confidential SC Statements Required**:  No later than **April 1, 2024**, the

12  parties must submit directly to Magistrate Judge Berg's chambers (via hand delivery or

13  by e-mail to the Court at efile_berg@casd.uscourts.gov), confidential settlement

14  statements.  The SC statement is limited to **five pages or less, and up to five pages of**

15  **exhibits or declarations.**  Each party's SC statement must outline (1) the nature of the

16  case and the claims, (2) the strengths of your case, (3) the strengths of the opposing

17  party's case, (4) counsel's insights regarding how best to reach settlement, (5) any

18  previous settlement negotiations or mediation efforts; 6) a **specific demand/offer for**

19  **settlement**, and (7) the name and title of each expected participant.

20       If a party cannot make a specific demand or offer at the time the SC statement is

21  submitted, then it must state why a demand or offer cannot be made.  Further, the

22  party must explain when they will be prepared to state a demand or offer.  A general

23  statement, such as a party will "negotiate in good faith," is <u>not</u> a specific demand or

24  offer.  The SC statement should be submitted confidentially and need not be shared

25  with other parties.

26  //

27  //

28  //

1    **4.     Requests to Continue**: A settlement conference may be rescheduled only

2  upon a showing of good cause and adequate notice to the Court.  **Absent good cause,**

3  **requests for continuances will not be considered unless submitted <u>in writing</u> no fewer**

4  **than seven calendar days prior to the scheduled conference**.

5       **IT IS SO ORDERED**.

6

7  Dated:  March 25, 2024

8                                                                    _____

Honorable Michael S. Berg
9                                                            United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

23cv1842-RBM (MSB)