# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK,<br><br>                              Plaintiff,<br><br>v.<br><br>WESTERN GOVERNORS' UNIVERSITY, et al.,<br><br>                             Defendants. | Case No.: 23cv1842-RBM (MSB)<br><br>**ORDER CONTINUING FACT DISCOVERY DEADLINE** |

      Based upon the parties' Joint Motion for Extension of Time ("Joint Motion"), and for good cause shown, this Court **GRANTS** the Joint Motion as follows:

      The deadline to complete fact discovery shall be extended from April 8, 2024 to May 8, 2024.  All other deadlines and guidance set forth in the Scheduling Order [ECF No. 9] remain unchanged.

      **IT IS SO ORDERED**.

Dated:  April 1, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge