Kamran Shahabi (State Bar No. 276194)
ks@valiantlaw.com
Paul Nolan (State Bar No. 192267)
pjn@valiantlaw.com
VALIANT LAW
800 Ferrari Lane, Suite 100
Ontario, California 91764
Telephone: 909.677.2270
Facsimile: 909.677.2290

Attorneys for Plaintiff LINDSEY MACK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LINDSEY MACK, an individual

Plaintiff,

v.

WESTERN GOVERNORS' UNIVERSITY, et al.,

Defendants.

Case No.: **'23CV1842 RBM MSB**

Hon. Michael S. Berg

[San Diego Superior Court Case No. 37-2023-00037783-CU-OE-CTL]

**JOINT MOTION TO RESET DEADLINE FOR FILING OF JOINT MOTION TO DISMISS AND TO CONTINUE THE SETTLEMENT DISPOSITION CONFERENCE [PROPOSED] ORDER**

Complaint filed: August 21, 2023
Removal Date: October 6, 2023
Final Pre-Trial Conference: January 30, 2025

Pursuant to the Civil Chambers Rules of the Honorable U.S. Magistrate Judge Michael S. Berg, Plaintiff Lindsey Mack and Defendant Western Governors' University, by and through their respective counsel, herein present the following Joint Motion to Reset the Deadline to File a Joint Motion to Dismiss and to Continue the Settlement Disposition Conference. The Parties present the following



VALIANT LAW
800 FERRARI LANE, SUITE 100
ONTARIO, CALIFORNIA 91764
TELEPHONE 909 677 2270 ◆ FAX 909 677 2290

VALIANT LAW
800 FERRARI LANE, SUITE 100
ONTARIO, CALIFORNIA 91764
TELEPHONE 909 677 2270 ◆ FAX 909 677 2290

facts in support of the instant request and as required by his Honor's Civil Chambers Rules:

**A. The Original Date of Deadline**: The deadline to file the Joint Motion to Dismiss was May 20, 2024 and the current date for hearing of the Settlement Disposition Conference is May 28, 2024.

**B. The Number of Previous Requests for Continuance**: The parties have not made any prior request to reset the deadline for filing of the Joint Motion to Dismiss or to continue the Settlement Disposition Conference.

**C. A Showing of Good Cause for the Request**: The Parties negotiated a settlement of the entirety of Plaintiff's claim against Defendant on April 4, 2024. The primary terms of the settlement were placed on the record with Judge Berg. The Parties further agreed to prepare and execute a long form, written Settlement Agreement incorporating additional terms and conditions of the settlement inclusive of, but not limited to, payment instructions, Plaintiff's return and/or demolition of any of Defendant's property within her possession, and further handling of any requests for references directed to Defendant. The Parties have been engaged in the negotiation of mutually agreed upon terms in the written Settlement Agreement and have only recently reached final agreement on said terms. A final written Settlement Agreement has been agreed upon and has been circulated for approval and execution by the Parties. Counsel for Plaintiff anticipates receipt of a fully executed Settlement Agreement within the coming week and no later than May 31, 2024.

**D. Whether the Request is Opposed and Why**: The parties have agreed to jointly submit this request and there is no opposition.

**E. Whether the Requested Continuance Will Affect Other Case Management Deadlines**: The parties are requesting that the Court reset the

VALIANT LAW
800 FERRARI LANE, SUITE 100
ONTARIO, CALIFORNIA 91764
TELEPHONE 909 677 2270 ◆ FAX 909 677 2290

deadline to file a Joint Motion to Dismiss to June 7, 2024 and to continue the corresponding Settlement Disposition Conference to June 14, 2024. The requested continuance will not affect any other case management deadlines.

**F. Declaration of Paul J. Nolan in Support of this Joint Motion:**

a. I am an attorney duly admitted to practice before all courts of the State of California as well as the U.S. District Court, Southern District of California, and am of counsel with the law firm of Valiant Law, counsel of record for Plaintiff Lindsey Mack. The following is based upon my own personal knowledge, except where as stated upon information and belief, and if called to testify as a witness, I could and would competently testify thereto.

b. The parties have worked diligently to finalize mutually agreeable terms and conditions in a long form, written Settlement Agreement. The Parties were unable to reach this agreement prior to the Court's May 20, 2024 deadline to file a Joint Motion to Dismiss.

c. As of the submittal of this instant Motion, the Parties have finalized the terms and conditions of a written Settlement Agreement and the agreement has been circulated for approval and execution.

d. Counsel for Plaintiff anticipates receipt of a fully executed Settlement Agreement within the coming week and no later than May 31, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

VALIANT LAW
800 FERRARI LANE, SUITE 100
ONTARIO, CALIFORNIA 91764
TELEPHONE 909 677 2270 ◆ FAX 909 677 2290

Wherefore, for good cause shown, the Parties respectfully request that the Court enter an Order setting June 4, 2024 as a new deadline to file a Joint Motion to Dismiss and to continue the hearing on the Settlement Disposition Conference to June 14, 2024 or a date convenient for the Court.

DATED: May 24, 2024

**VALIANT LAW**

By: [signature]

KAMRAN SHAHABI
PAUL NOLAN
Attorneys for Plaintiff, LINDSEY MACK

**PROOF OF SERVICE**

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 800 Ferrari Lane, Suite 100, Ontario, CA 91764.

On May 24, 2024, I served the foregoing document(s) described as **JOINT MOTION TO RESET DEADLINE FOR FILING OF JOINT MOTION TO DISMISS AND TO CONTINUE THE SETTLEMENT DISPOSITION CONFERENCE [PROPOSED] ORDER** on all the interested parties in this action at the address listed below, as follows:

| | |
|---|---|
| Sarah Raoof, Esq.<br>**JACKSON LEWIS P.C.**<br>200 Spectrum Center Drive, Suite 500<br>Irvine, CA 92618<br>Tel: (949) 885-1367<br>**Attorney for Defendant WESTERN GOVERNORS' UNIVERSITY** | Sarah.Raoof@jacksonlewis.com<br>Alison.Lynch@jacksonlewis.com<br>Gazale.Banyan@jacksonlewis.com |

(__) **MAIL (FRCP 5(b)(1)(C))**: By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on the date following ordinary business practices. I am "readily familiar" with the business' practices for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Bernardino County, California, in the ordinary course of business.

(_X_) **ELECTRONIC MAIL:** I served the above document(s) by electronic mail in the United States during normal business hours by causing the within document to be transmitted to the attorney of records for the parties herein at the email address(es) as indicated above. The electronic service was in compliance with CRC Rule 2.251 and the transmission was reported as completed and without error. I am readily familiar with Valiant Law business practice of electronic service.

(__) **EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an express Mail DropBox to be delivered the following business day pursuant to FRCP 5(b)(1)(F)).

(__) **ECF /EMAIL**: By electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

(__) **PERSONAL SERVICE (FRCP 5(b)(1)(B)(i))**: I caused said documents to be served by personally deliver them to the person(s) at the address(es) noted above.

I declare under penalty under the laws of the State of California and the United States that the foregoing above is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 24, 2024, at Ontario, California.

Samira Morazan

SAMIRA MORAZAN