UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WESTERN GOVERNORS' UNIVERSITY, et al.,<br><br>　　　　　　　　　Defendant. | Case No.:  23cv1842-RBM (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO RESET DEADLINE FOR FILING OF JOINT MOTION TO DISMISS AND TO CONTINUE THE SETTLEMENT DISPOSITION CONFERENCE** |

　　　Now pending before the Court is the parties' "Joint Motion to Reset Deadline for Filing of Joint Motion to Dismiss and to Continue the Settlement Disposition Conference." (See ECF No. 15.)  The parties indicate that, although they had settled and placed the primary terms on the record on April 4, 2024, they only recently finalized a written Settlement Agreement and are now waiting on the appropriate signatures.  (Id. at 2.)  Finding good cause, the Court GRANTS the Joint Motion and ORDERS the following:

　　　1.　The deadline to file the Joint Motion to Dismiss is **CONTINUED** from May 20, 2024 to **June 4, 2024**.

　　　2.　The Settlement Disposition Conference is **CONTINUED** from May 28, 2024 to **June 13, 2024** at **1:30 p.m.**

All other guidance provided in the Court's April 5, 2024 Order [ECF No. 13] remain unchanged.

**IT IS SO ORDERED**.

Dated: May 24, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge