Kamran Shahabi (State Bar No. 276194)
ks@valiantlaw.com
Paul Nolan (State Bar No. 192267)
pjn@valiantlaw.com
VALIANT LAW
800 Ferrari Lane, Suite 100
Ontario, California 91764
Telephone: 909.677.2270
Facsimile: 909.677.2290

Attorneys for Plaintiff LINDSEY MACK

Alison L. Lynch (State Bar No. 240346)
Alison.Lynch@jacksonlewis.com
Sarah Raoof (State Bar No. 329260)
Sarah.Raoof@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380

Attorneys for Defendant WESTERN GOVERNORS
UNIVERSITY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSEY MACK, an individual<br><br>        Plaintiff,<br><br>    v.<br><br>WESTERN GOVERNORS' UNIVERSITY, et al.,<br><br>        Defendants. | Case No.: '23CV1842 RBM MSB<br><br>Hon. Michael S. Berg<br><br>[San Diego Superior Court Case No. 37-2023-00037783-CU-OE-CTL]<br><br>**JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

VALIANT LAW
800 FERRARI LANE, SUITE 100
ONTARIO, CALIFORNIA 91764
TELEPHONE 909 677 2270 ◆ FAX 909 677 2290

JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

VALIANT LAW
800 FERRARI LANE, SUITE 100
ONTARIO, CALIFORNIA 91764
TELEPHONE 909 677 2270 ◆ FAX 909 677 2290

*Under Separate Cover:*

**[PROPOSED] ORDER**

Complaint filed: August 21, 2023
Removal Date: October 6, 2023
Final Pre-Trial Conference:  January 30, 2025

## STIPULATION

Plaintiff LINDSEY MACK ("Plaintiff") and Defendant WESTERN GOVERNORS' UNIVERSITY ("Defendant"), by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be dismissed in its entirety with prejudice as to Plaintiff's claims against Defendants.

DATED: June 3, 2024                    **VALIANT LAW**

By: _____
    KAMRAN SHAHABI
    PAUL NOLAN
    Attorneys for Plaintiff, LINDSEY MACK

DATED: June 3, 2024                    **JACKSON LEWIS P.C.**

By: _____
    ALISON LYNCH
    SARAH RAOOF
    Attorneys for Defendant, WESTERN GOVERNORS UNIVERSITY

-2-

JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

## PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 800 Ferrari Lane, Suite 100, Ontario, CA 91764.

On June 4, 2024, I served the foregoing document(s) described as **JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** on all the interested parties in this action at the address listed below, as follows:

| | |
|---|---|
| Sarah Raoof, Esq.<br>**JACKSON LEWIS P.C.**<br>200 Spectrum Center Drive, Suite 500<br>Irvine, CA 92618<br>Tel: (949) 885-1367<br>**Attorney for Defendant WESTERN GOVERNORS' UNIVERSITY** | Sarah.Raoof@jacksonlewis.com<br>Alison.Lynch@jacksonlewis.com<br>Gazale.Banyan@jacksonlewis.com |

(\_\_)  **MAIL (FRCP 5(b)(1)(C))**: By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on the date following ordinary business practices. I am "readily familiar" with the business' practices for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Bernardino County, California, in the ordinary course of business.

(\_\_)  **ELECTRONIC MAIL:** I served the above document(s) by electronic mail in the United States during normal business hours by causing the within document to be transmitted to the attorney of records for the parties herein at the email address(es) as indicated above.  The electronic service was in compliance with CRC Rule 2.251 and the transmission was reported as completed and without error. I am readily familiar with Valiant Law business practice of electronic service.

(\_\_) **EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an express Mail DropBox to be delivered the following business day pursuant to FRCP 5(b)(1)(F)).

(\_x\_) **ECF /EMAIL**: By electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

(\_\_) **PERSONAL SERVICE (FRCP 5(b)(1)(B)(i))**: I caused said documents to be

1  served by personally deliver them to the person(s) at the address(es) noted above.

2
   I declare under penalty under the laws of the State of California and the United
3  States that the foregoing above is true and correct, and that I am employed in the
   office of a member of the bar of this Court at whose direction the service was made.
4

5      Executed on June 4, 2024, at Ontario, California.

6

7
   _____
8  SAMIRA MORAZAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE