## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY MACK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WESTERN GOVERNORS'<br>UNIVERSITY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-cv-01842-RBM-MSB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**[Doc. 17]** |

　　　　On June 4, 2023, Plaintiff Lindsey Mack ("Plaintiff") and Defendant Western Governors' University ("Defendant") (collectively, the "Parties") filed a Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Joint Stipulation"). (Doc. 17.) In their Joint Stipulation, the Parties stipulated and agreed that "this action shall be dismissed in its entirety with prejudice as to Plaintiff's claims against Defendants." (*Id.* at 2.)

　　　　"Rule 41(a)(1) allows a plaintiff to 'dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.'" *Dougan v. Centerplate, Inc.*, Case No.: 22-CV-1496 JLS (SBC), 2023 WL 8604152, at *2 (S.D. Cal. Dec. 12, 2023) (citing Fed. R. Civ. P. 41(a)(1)(A)).

Based on the foregoing, the Court **GRANTS** the parties' Joint Stipulation and **DISMISSES** this entire action **WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATE: June 5, 2024

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE